UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:11CR52 CDP |
| | ) |
| SUSAN HAMPE, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF RESTITUTION

The United States of America acknowledges satisfaction of restitution.

RICHARD G. CALLAHAN
United States Attorney


*/s/ Julia M. Wright*
JULIA M. WRIGHT, #4450
Asst. United States Attorney
111 South 10th Street
St. Louis, Missouri  63102
(314) 539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on  10/21/11  , the foregoing was mailed via United States Postal Service to the following non-participant in Electronic Case Filing:

Susan Hampe
12144 Point Oak Road
Des Peres, MO 63131

*/s/ Julia M. Wright*
JULIA M. WRIGHT, #4450
Assistant United States Attorney